


1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JAMES M. EMERY, State Bar #153630
   DAVID L. NORMAN, State Bar #148556
4  Deputy City Attorneys
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
           Telephone:   (415) 554-3989
6          Facsimile:   (415) 255-0733
           Email: david.norman@sfgov.org
7
   Attorneys for Plaintiffs,
8  THE CITY AND COUNTY OF SAN
   FRANCISCO AND THE PEOPLE OF
9  THE STATE OF CALIFORNIA

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  CITY AND COUNTY OF SAN FRANCISCO          Case No. C-01-2315 EMS  MHP
    and PEOPLE OF THE STATE OF
14  CALIFORNIA and DENNIS J. HERRERA,
    City Attorney of the CITY AND COUNTY OF   **STIPULATION AND ORDER**
15  SAN FRANCISCO, in his official capacity as **CONTINUING CASE**
    representatives of the *qui tam* plaintiff CITY **MANAGEMENT (SCHEDULING**
16  AND COUNTY OF SAN FRANCISCO on            **STATUS) CONFERENCE UNTIL**
    behalf of UNITED STATES OF AMERICA,       **MARCH 27, 2006**
17  STATE OF CALIFORNIA, SAN FRANCISCO
    BAY AREA RAPID TRANSIT DISTRICT, a        Date:    March 26, 2006
18  rapid transit district, ALAMEDA CORRIDOR  Time:    3:00 p.m.
    TRANSPORTATION AUTHORITY, a joint         Judge:   Hon. Marilyn H. Patel
19  powers authority, CITY OF LOS ANGELES,    Place:   Courtroom F
    CITY OF LONG BEACH, and LOS ANGELES
20  COUNTY METROPOLITAN TRANSIT               Date Action Filed:  June 14, 2001
    AUTHORITY,                                Trial Date:         Unknown
21
                       Plaintiffs,
22
         vs.
23
    LANDAVAZO BROTHERS, INC., a California
24  corporation; GEORGE LANDAVAZO, an
    individual; DERRICK P. LANDAVAZO, an
25  individual; THEODORE V. LANDAVAZO, an
    individual; JOHN LANDAVAZO, an
26  individual; and DOES ONE through TWO
    HUNDRED, inclusive,
27
                       Defendants.
28

1 On February 14, 2006, the Clerk of the Court served notice to all counsel in the above action to appear on March 13, 2006 at 3:00 p.m. for a mandatory Case Management (Scheduling Status Conference) Conference before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.

Whereas counsel for plaintiff City and County of San Francisco will be out of the state and on vacation on March 13, 2006, the parties hereby stipulate: (a) to continuing that Case Management Conference until March 27, 2006, beginning at 3:00 p.m.; and (b) that by no later than March 17, 2006, the parties shall submit to the Court a Joint Status Report, inclusive of all proposed pretrial and trail dates. With good cause appearing.

IT IS SO ORDERED. *No further extensions.*

Dated: 3/8/06

THE HONORABLE MARILYN HALL PATEL
Judge of the United States District Court

SO STIPULATED:

Dated: February 24, 2006      GORDON & REES LLP

By: _____
CHARLES S. CUSTER, Esq.

Attorneys for Defendants
LANDAVAZO BROTHERS, INC., GEORGE LANDAVAZO, DERRICK P. LANDAVAZO, THEODORE V. LANDAVAZO and JOHN LANDAVAZO

1  SO STIPULATED:

2  Dated: February __21__, 2006         Dennis J. Herrera
                                        City Attorney
3                                       Joanne Hoeper, Chief Trial Attorney
                                        James M. Emery, Deputy City Attorney
4                                       David L. Norman, Deputy City Attorney
                                        Deputy City Attorneys
5
6                                       By: _____
7                                            DAVID L. NORMAN

8                                       Attorneys for PLAINTIFFS,
                                        CITY AND COUNTY OF SAN FRANCISCO and
9                                       PEOPLE OF THE STATE OF CALIFORNIA and
                                        DENNIS J. HERRERA, City Attorney of the CITY
10                                      AND COUNTY OF SAN FRANCISCO, in her official
                                        capacity as representatives of the *qui tam* plaintiff CITY
11                                      AND COUNTY OF SAN FRANCISCO on behalf of
                                        UNITED STATES OF AMERICA, STATE OF
12                                      CALIFORNIA, BAY AREA RAPID TRANSIT
                                        AUTHORITY, a rapid transit district, ALAMEDA
13                                      CORRIDOR TRANSPORTATION AUTHORITY, a
                                        joint powers authority, CITY OF LOS ANGELES,
14                                      CITY OF LONG BEACH, and LOS ANGELES
                                        COUNTY METROPOLITAN TRANSIT AUTHORITY