ORIGINAL

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JAMES M. EMERY, State Bar #153630
   DAVID L. NORMAN, State Bar #148556
4  Deputy City Attorneys
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
           Telephone:  (415) 554-3989
6          Facsimile:   (415) 255-0733
           Email:  david.norman@sfgov.org
7
   Attorneys for Plaintiffs,
8  THE CITY AND COUNTY OF SAN
   FRANCISCO AND THE PEOPLE OF
9  THE STATE OF CALIFORNIA

RECEIVED
06 MAR 16 PM 12: 42

FILED
MAR 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO and PEOPLE OF THE STATE OF CALIFORNIA and DENNIS J. HERRERA, City Attorney of the CITY AND COUNTY OF SAN FRANCISCO, in his official capacity as representatives of the *qui tam* plaintiff CITY AND COUNTY OF SAN FRANCISCO on behalf of UNITED STATES OF AMERICA, STATE OF CALIFORNIA, SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a rapid transit district, ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY, a joint powers authority, CITY OF LOS ANGELES, CITY OF LONG BEACH, and LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY,<br><br>                                      Plaintiffs,<br><br>      vs.<br><br>LANDAVAZO BROTHERS, INC., a California corporation; GEORGE LANDAVAZO, an individual; DERRICK P. LANDAVAZO, an individual; THEODORE V. LANDAVAZO, an individual; JOHN LANDAVAZO, an individual; and DOES ONE through TWO HUNDRED, inclusive,<br><br>                                      Defendants. | Case No. C-01-2315 FMS<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT (SCHEDULING STATUS) CONFERENCE UNTIL APRIL 24, 2006**<br><br>Date:    April 24, 2006<br>Time:    3:00 p.m.<br>Judge:   Hon. Marilyn H. Patel<br>Place:   Courtroom F<br><br>Date Action Filed:  June 14, 2001<br>Trial Date:              Unknown |

Order Continuing Case Management Conference      1                    n:\construc\dnorman\lbi\pldg\proordr2.doc
Case No.  C-01-2315 MHP

1  On March 8, 2006, the Clerk of the Court granted the parties' request to continue a mandatory
2  Case Management (Scheduling Status Conference) Conference in the above action from March 13,
3  2006, until March 27, 2006, beginning at 3:00 p.m. However, because: (a) Defendants' counsel is
4  now in trial, and likely will be unavailable for that conference; and (b) the parties are committed to
5  settlement talks in mid-April 2006, the parties hereby stipulate to continuing that Case Management
6  Conference until April 24, 2006, beginning at 3:00 p.m. The parties also agree to submit to the Court
7  a Joint Status Report, inclusive of all proposed pretrial and trail dates, by no later than April 14, 2006.
8  With good cause appearing:
9  IT IS SO ORDERED. *No further extensions.*
10 That the
11 Dated: 3/17/06
12 THE HONORABLE MARILYN HALL PATEL
    Judge of the United States District Court
13
14 SO STIPULATED:
15 Dated: March 15, 2006          GORDON & REES LLP
16
17 By: _____
    CHARLES S. CUSTER, Esq.
18
    Attorneys for Defendants
19  LANDAVAZO BROTHERS, INC., GEORGE
    LANDAVAZO, DERRICK P. LANDAVAZO,
20  THEODORE V. LANDAVAZO and JOHN
    LANDAVAZO

SO STIPULATED:

Dated: March 15, , 2006

Dennis J. Herrera
City Attorney
Joanne Hoeper, Chief Trial Attorney
James M. Emery, Deputy City Attorney
David L. Norman, Deputy City Attorney
Deputy City Attorneys

By: _____
DAVID L. NORMAN

Attorneys for PLAINTIFFS,
CITY AND COUNTY OF SAN FRANCISCO and PEOPLE OF THE STATE OF CALIFORNIA and DENNIS J. HERRERA, City Attorney of the CITY AND COUNTY OF SAN FRANCISCO, in her official capacity as representatives of the *qui tam* plaintiff CITY AND COUNTY OF SAN FRANCISCO on behalf of UNITED STATES OF AMERICA, STATE OF CALIFORNIA, BAY AREA RAPID TRANSIT AUTHORITY, a rapid transit district, ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY, a joint powers authority, CITY OF LOS ANGELES, CITY OF LONG BEACH, and LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY