FILED
APR 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
LANDAVAZO BROTHERS, INC., GEORGE LANDAVAZO, DERRICK P. LANDAVAZO, THEODORE V. LANDAVAZO and JOHN LANDAVAZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LANDAVAZO BROTHERS, INC., et al., <br><br> Defendants. | CASE NO. C 01-02315 MHP <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL MAY 15, 2006 FOR FURTHER STATUS CONFERENCE** <br><br> Date: April 24, 2006 <br> Time: <br> Judge: Hon. Marilyn H. Patel <br> Place: Courtroom 15 <br><br> Date Action Filed: June 14, 2001 <br> Trial Date: Unknown |

As previously approved by Your Honor, the parties are proceeding with a Further Settlement Conference before Magistrate Judge Wayne Brazil in this matter on April 25, 2006 at 2:30 p.m. This matter is also, however, scheduled for a Further Case Management Conference on April 24, 2006 at 3:00 p.m. before Your Honor. The parties respectfully request that Your Honor continue the scheduled Further Case Management Conference until after the upcoming Further Settlement Conference on May 15, 2006 at 3:00 p.m. or on a later date at the Court's convenience. The parties filed a Joint Case Management Conference Statement on Friday, April 14, 2006 for the currently scheduled hearing date of April 24, 2006 which the parties

-1-

1  request be considered for the continued Case Management Conference on May 15, 2006, or the
2  later date noticed by the Court.
3       WITH GOOD CAUSE APPEARING:
4       IT IS SO ORDERED:
5       The Further Case Management Conference is continued to May 15, 2006, or @ 3:00 pm.
6  _____, 2006

8  DATED: April 14, 2006                    GORDON & REES LLP

                                            By: _____
                                                CHARLES S. CUSTER
                                                JON C. YONEMITSU
                                            Attorneys for Defendants
                                            LANDAVAZO BROTHERS, INC., GEORGE
                                            LANDAVAZO, DERRICK P. LANDAVAZO,
                                            THEODORE V. LANDAVAZO and JOHN
                                            LANDAVAZO

15 DATED: April 17, 2006                    Dennis J. Herrera
                                            City Attorney
                                            Joanne Hoeper, Chief Trial Attorney
                                            James M. Emery, Deputy City Attorney
                                            David L. Norman, Deputy City Attorney
                                            Deputy City Attorneys

                                            By: _____
                                                DAVID L. NORMAN
                                            Attorneys for PLAINTIFFS
                                            CITY AND COUNTY OF SAN FRANCISCO and
                                            PEOPLE OF THE STATE OF CALIFORNIA and
                                            DENNIS J. HERRERA, City Attorney for the
                                            CITY AND COUNTY OF SAN FRANCISCO, in
                                            her official capacity as representatives of the *qui
                                            tam* plaintiff CITY AND COUNTY OF SAN
                                            FRANCISCO on behalf of UNITED STATES OF
                                            AMERICA, STATE OF CALIFORNIA, BAY
                                            AREA RAPID TRANSIT AUTHORITY, a rapid
                                            transit district, ALAMEDA CORRIDOR
                                            TRANSPORTATION AUTHORITY, a joint
                                            powers authority, CITY OF THE LOS ANGELES
                                            COUNTY METROPOLITAN TRANSIT
                                            AUTHORITY

4/19/06  [IT IS SO ORDERED / U.S. DISTRICT JUDGE stamp]

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

STIPULATION & ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL 5/15/06 FOR FURTHER STATUS CONFERENCE